1  STEPHEN C. TEDESCO, Bar No. 130325
   stedesco@littler.com
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, California 94104
   Telephone: 415.433.1940
4  Facsimile: 415.399.8490

5  SIMERDIP KHANGURA, Bar No. 272525
   skhangura@littler.com
6  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
7  Sacramento, CA 95814
   Telephone: 916.830.7200
8  Facsimile: 916.561.0828

9  Attorneys for Plaintiff/Counter-Defendant
   DOXEL, INC.
10
11 MATTHEW W. POWELL, Bar No. 114563
   mpowell@wilkefleury.com
   WILKE FLEURY LLP
12 400 Capitol Mall, 22nd Floor
   Sacramento, CA 95814
13 Telephone: 916.441.2430
   Facsimile: 916.442.6664
14
   Attorney for Defendant/Counter-Complainant
15 ZACHERY SUSNARA

16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19                   SAN FRANCISCO DIVISION

20

| | |
|---|---|
| 21  DOXEL, INC., | Case No. 3:20-CV-01784-WHO |
| 22           Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE; ORDER** |
| 23      v. | |
| 24  ZACHERY SUSNARA, | Complaint Filed: March 13, 2020 |
| 25           Defendant. | Trial Date: June 6, 2022 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO DISMISS CASE                              Case No. 3:20-CV-01784-WHO

TO THE COURT:

Plaintiff and Counter-Defendant DOXEL, INC. ("Doxel") and Defendant and Counter-Complainant, ZACHERY SUSNARA ("Susnara"), by and through their counsel, hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Doxel and Susnara, acting through their respective counsel of record, hereby stipulate to dismiss the above-captioned case in its entirety, including the Complaint and Counter-Complaint with prejudice. Each party agrees to bear its own costs and expenses.

IT IS SO STIPULATED.

Dated:  March 11, 2021

*/s/ Simerdip Khangura*
STEPHEN C. TEDESCO
SIMERDIP KHANGURA
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff/Counter-Defendant
DOXEL, INC.

Dated:  March 11, 2021

*/s/ Matthew W. Powell (as authorized on 3/11/2021)*
MATTHEW W. POWELL
WILKE FLEURY LLP
Attorney for Defendant/Counter-Claimant
ZACHERY SUSNARA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIPULATION TO DISMISS CASE       2.       CASE NO. 3:20-CV-01784-WHO

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(I)(3)**

I, Simerdip Khangura, attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: 3/11/2021

*/s/ Simerdip Khangura*
SIMERDIP KHANGURA
LITTLER MENDELSON, P.C.
Attorneys for Plaintiff/Counter-Defendant
DOXEL, INC.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO DISMISS CASE   3.   CASE NO. 3:20-CV-01784-WHO

1

**ORDER**

2  Pursuant to the Parties Joint Stipulation to Dismiss this Case with Prejudice, and pursuant to

3  Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned case is dismissed with

4  prejudice with each party to bear its own costs and expenses.

5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7  Dated: _March 12, 2021_____

8

  HON. WILLIAM H. ORRICK
9  UNITED STATES DISTRICT JUDGE

10

11  4823-4017-8911.2

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO DISMISS CASE          4.          CASE NO. 3:20-CV-01784-WHO